S. V. Ross v. Oley Richolson, *as Sheriff of Elk County, Kansas.*

NO. 42.

1. Title—*Personal Property.* A purchaser of personal property gets only such title as his grantee has.

2. Case *Followed.* The case of *McDonald v. Richolson* (ante, p. 235), referred to and followed.

Memorandum.—Error from Elk district court; M. G. Troup, judge. Action in replevin by S. V. Ross against Oley Richolson, as sheriff of Elk county, Kansas. Judgment for defendant. Plaintiff brings the case to this court. Affirmed. The opinion herein, filed May 8, 1896, states the material facts.

*L. Scott*, for plaintiff in error.

*J. B. Ziegler*, for defendant in error.

The opinion of the court was delivered by

Dennison, J.: The facts in this case are identical with those in the case of *McDonald v. Richolson*, ante, p. 235, except that while McDonald & Co. had forcible possession of said goods they sold a portion of them to Ross. Ross brought this action to recover them; judgment was rendered for Richolson, and Ross brings the case here for review. Ross having purchased the property from McDonald & Co. got only such title as McDonald & Co. had. McDonald & Co.'s title having failed as againt Richolson, Ross's title must also fail. The case of *McDonald v. Richolson*, ante, p. 235, is referred to and followed.

The judgment of the district court is affirmed.

All the Judges concurring.